UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY PAUL LOMBARDI,

    Petitioner,

v.                                       Case No. 3:17cv639/LC/CJK

JULIE JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 25, 2017 (doc. 5). Petitioner has been furnished a copy of the Report and Recommendation, and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. Petitioner's motion to voluntarily dismiss his petition (doc. 4) is GRANTED.

3. This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

4. The clerk shall close the file.

**ORDERED** on this 20th day of October, 2017.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**